1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| THERESA WALKER, et al., | ) | Case No.: C 10-04668 PSG |
| Plaintiffs, | ) ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| COUNTY OF SANTA CLARA, et al., | ) ) | |
| Defendants. | ) ) | |

On December 12, 2010, Plaintiffs requested a continuance of the case management conference currently scheduled for December 21, 2010 in light of the parties' efforts to resolve this matter through mediation.

IT IS HEREBY ORDERED that the case management conference is continued to 2:00 p.m. on January 11, 2011.  The parties shall file a Joint Case Management Conference Statement no later than January 4, 2011.

Dated: December 20, 2010

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER