1  CHARLES A. BONNER, ESQ. SB# 85413
   A. CABRAL BONNER, ESQ. SB# 247528                **E-Filed 4/27/2011**
2  **LAW OFFICES OF CHARLES A. BONNER**
3  475 GATE 5 RD, SUITE 212
   SAUSALITO, CA 94965
4  TEL: (415) 331-3070
   FAX: (415) 331-2738
5  cabral@bonnerlaw.com

6

7  ATTORNEYS FOR PLAINTIFFS
   LORI MARZIANO
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

| THRESSA WALKER, GEETA SINGH, and KAI IHNKEN | **Case No. 10-cv-04668 -JF** |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER REGARDING REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE** |
| v. | Date: April 29, 2011 |
| COUNTY OF SANTA CLARA; SANTA CLARA VALLEY MEDICAL CENTER; HOLLISTER BREWSTER M.D.; ALFONSO BANUELOS, M.D. and DOLLY GOEL, M.D. and DOES 1 through 50, inclusive, | Time: 10:30 a.m. Dept.: 3 Judge: Hon. Jeremy D. Fogel |
| Defendants. | |

22

23  //

24  //

25  //

26  //

27

28

     **[PROPOSED ORDER] REGARDING REQUEST FOR TELEPHONIC APPEARANCE**
                                                                    -1-

1   Plaintiffs THRESSA WALKER, GEETA SINGH, and KAI IHNKEN (hereinafter

2   "PLAINTIFFS) may participate in the upcoming CASE MANAGEMENT CONFERENCE BY

3   TELEPHONE scheduled to be heard on April 29, 2011 at 10:30 in Department 3 of the above

4   referenced courthouse. Plaintiffs' counsel should call ~~----~~ contact Court Call at 866-582-6878 ~~at----~~

5   in ADVANCE of the hearing to arrange for the telephonic appearance. ~~approximately ------- a.m. to participate.~~

7   DATED:  4/27/2011

8   JUDGE JEREMY D. FOGEL

**[PROPOSED ORDER] REGARDING REQUEST FOR TELEPHONIC APPEARANCE**

-2-