1 | MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
2 | ROBERT M. COELHO, Lead Deputy County Counsel (S.B. #160583)
  | GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
  | MICHAEL A. WAHLANDER, Deputy County Counsel (S.B. #260781)
3 | OFFICE OF THE COUNTY COUNSEL
  | 70 West Hedding, East Wing, 9th Floor
4 | San Jose, California  95110-1770
  | Telephone:  (408) 299-5900
5 | Facsimile:  (408) 292-7240

6 | Attorneys for Defendants
  | COUNTY OF SANTA CLARA and its
7 | SANTA CLARA VALLEY MEDICAL
  | CENTER, HOLLISTER BREWSTER, M.D.,
8 | ALFONSO BANUELOS, M.D., DOLLY
  | GOEL, M.D., and PETER GREGOR, M.D.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| THRESSA WALKER et al., | ) | No. 10-CV-04668 JF |
|---|---|---|
| Plaintiffs, | ) | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | ) | |
| COUNTY OF SANTA CLARA et al., | ) | |
| Defendants. | ) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5;

The parties agree to participate in a Private ADR/Mediation with Charles F. Hawkins by September/October 2011.

/ /

/ /

/ /

/ /

/ /

/ /

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed]
Order Selecting ADR Process        1        10-CV-04668 JF

1   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2   "conformed" signature (/S/) within this efiled document.

3                                           MIGUEL MÁRQUEZ
                                            County Counsel
4

5   Dated: April 22, 2011            By:  _____/S/_____
                                          GREGORY J. SEBASTINELLI
6                                         Deputy County Counsel

7                                         Attorneys for County Defendants

8

9

10                                        LAW OFFICES OF
                                          BONNER & BONNER
11

12  Dated: April 22, 2011            By:  _____/S/_____
                                          A. CABRAL BONNER, ESQ.
13
                                          Attorneys for Plaintiffs
14

15

16                          [PROPOSED] ORDER

17

18      Pursuant to the Stipulation above, the captioned matter is hereby referred to Private ADR.
19  Deadline for ADR Session is October 28, 2011.

20      IT IS SO ORDERED.

21

22  Date:  4/29/11                        _____
                                          JEREMY D. FOGEL
23                                        United States District Court Judge

24

25

26

27

28  400963.wpd

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed]
Order Selecting ADR Process        2                    10-CV-04668 JF