**E-Filed 6/2/2011**

1  MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
   ROBERT M. COELHO, Lead Deputy County Counsel (S.B. #160583)
2  GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
   MICHAEL A. WAHLANDER, Deputy County Counsel (S.B. #260781)
3  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
4  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
5  Facsimile:  (408) 292-7240

6  Attorneys for Defendants
   COUNTY OF SANTA CLARA and its
7  SANTA CLARA VALLEY MEDICAL
   CENTER, HOLLISTER BREWSTER, M.D.,
8  ALFONSO BANUELOS, M.D., DOLLY
   GOEL, M.D., and PETER GREGOR, M.D.

10 CHARLES A. BONNER, ESQ. (S.B. #85413)
   A. CABRAL BONNER, ESQ. (S.B. #247528)
11 LAW OFFICES OF BONNER & BONNER
   475 Gate 5 RD, Suite 212
12 Sausalito, California 94965
   Telephone:  (415) 331-3070
13 Facsimile:  (415) 331-2738

14 Attorneys for Plaintiffs
   THRESSA WALKER, GEETA SINGH, M.D.,
15 and KAI IHNKEN, M.D.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | | |
|---|---|---|
| THRESSA WALKER et al., | ) | No.   10-CV-04668 JF |
| Plaintiffs, | ) | **STIPULATION AND ORDER REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT AND ANTICIPATED THIRD AMENDED COMPLAINT** |
| v. | ) | |
| COUNTY OF SANTA CLARA et al., | ) | |
| Defendants. | ) | |

On its face, the three individual Plaintiffs' Second Amended Complaint alleges twenty-seven causes of action against Defendant County of Santa Clara and four individual defendants.  On April 29, 2011, pursuant to the parties' Stipulation, the Court ordered that

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Re Plaintiffs'
Second Amended Complaint and
Anticipated Third Amended Complaint        1                    10-CV-04668 JF

1  Defendants would have to and including May 28, 2011 by which to respond to Plaintiffs'
2  Second Amended Complaint.
3      The parties are engaged in good faith discussions regarding Defendants' contention that
4  certain defendants and/or causes of action in the Second Amended Complaint are not viable.  To
5  avoid extensive motion practice and in the interests of justice, Plaintiffs are agreeable to
6  drafting a proposed Third Amended Complaint to modify the pleadings and eliminate certain
7  claims and/or defendants from certain causes of action, following further discussions with
8  Defendants.  Defendants are agreeable to considering that proposed Third Amended Complaint
9  and filing responses to that pleading.
10     To ensure that this case continues to move forward, the parties, through their respective
11 counsel of record, hereby stipulate and agree to the following Order:
12     1.  Plaintiffs and Defendants shall agree upon the form and content of a proposed Third
13 Amended Complaint, and Plaintiffs shall file said pleading by June 10, 2011 (the date of the
14 next case management conference) or, alternatively, plaintiffs may file a Third Amended
15 Complaint in the form Plaintiffs determine by June 10, 2011.
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Re Plaintiffs'
Second Amended Complaint and
Anticipated Third Amended Complaint      2      10-CV-04668 JF

2. Defendants shall not be required to respond to Plaintiffs' Second Amended Complaint, as the parties anticipate that it will soon be superseded by a Third Amended Complaint. The Third Amended Complaint shall be deemed to have been served on the County of Santa Clara and the four current individually-named defendants upon Plaintiffs' filing of that Third Amended Complaint. Defendants shall file responsive pleadings to the Third Amended Complaint within 45 days from the filing of that Third Amended Complaint.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

IT IS SO STIPULATED

MIGUEL MÁRQUEZ
County Counsel

Dated: May 23, 2011      By:      /S/
                                  GREGORY J. SEBASTINELLI
                                  Deputy County Counsel

                                  Attorneys for County Defendants


LAW OFFICES OF
BONNER & BONNER

Dated: May 23, 2011      By:      /S/
                                  A. CABRAL BONNER, ESQ.
                                  Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Date: 6/2/2011

HONORABLE JEREMY D. FOGEL
United States District Court Judge

414900.wpd

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Re Plaintiffs'
Second Amended Complaint and
Anticipated Third Amended Complaint        3                10-CV-04668 JF