1   MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
    ROBERT M. COELHO, Lead Deputy County Counsel (S.B. #160583)
2   GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
    OFFICE OF THE COUNTY COUNSEL
3   70 West Hedding Street, East Wing, Ninth Floor
    San Jose, California  95110-1770
4   Telephone: (408) 299-5900
    Facsimile: (408) 292-7240
5
    Attorneys for Defendants
6   COUNTY OF SANTA CLARA AND ITS SANTA
    CLARA VALLEY MEDICAL CENTER,
7   HOLLISTER BREWSTER, M.D., ALFONSO
    BANUELOS, M.D.,  DOLLY GOEL, M.D., AND
8   PETER GREGOR, M.D.

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  THRESSA WALKER et al.,                No.     10-CV-04668 RS

13              Plaintiffs,               **STIPULATION AND ORDER DISMISSING
                                          WITH PREJUDICE THE FOURTH
14  v.                                    AMENDED COMPLAINT OF PLAINTIFF
                                          THRESSA WALKER IN FAVOR OF
15  COUNTY OF SANTA CLARA et al.,         DEFENDANTS COUNTY OF SANTA
                                          CLARA, ALFONSO BANUELOS, M.D.,
16              Defendants.               AND HOLLISTER BREWSTER, M.D.**

17

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                    1

1    The parties, by and through their respective counsel of record, hereby stipulate and agree to

2  an order dismissing with prejudice the Fourth Amended Complaint filed by Plaintiff Thressa Walker

3  as against Defendants County of Santa Clara, Alfonso Banuelos, M.D., and Hollister Brewster,

4  M.D., in connection with the above-referenced matter.  The parties further stipulate and agree to an

5  order whereby all such parties waive any claim for statutory costs and/or attorneys' fees against one

6  another.

7    I hereby attest that I have on file all holograph signatures for any signatures indicated by a

8  "conformed" signature (/S/) within this efiled document.

9                                      Respectfully submitted,

10                                     MIGUEL MÁRQUEZ
                                       County Counsel

11

12  Dated:  May 11, 2012May 16, 2012      By:    _____/S/_____

13                                     GREGORY J. SEBASTINELLI
                                       Deputy County Counsel

14                                     Attorneys for Defendants
                                       COUNTY OF SANTA CLARA AND ITS
15                                     SANTA CLARA VALLEY MEDICAL
                                       CENTER, HOLLISTER BREWSTER, M.D.,
16                                     AND ALFONSO BANUELOS, M.D.

17

18                                     LAW OFFICES OF BONNER & BONNER

19

20  Dated: May 14, 2012                 By:    _____/S/_____

21                                     CHARLES A. BONNER, ESQ.

22                                     Attorneys for Plaintiff
                                       THRESSA WALKER

23

24  IT IS SO ORDERED.

25

26  Dated:  5/17/12_____      _____

27                                     HONORABLE RICHARD SEEBORG
                                       United States District Court Judge

28  581392.DOC

                                        2