LORI E. PEGG, Acting County Counsel (S.B. #129073)
ROBERT M. COELHO, Acting Assistant County Counsel (S.B. # 160583)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA and its
SANTA CLARA VALLEY MEDICAL
CENTER, HOLLISTER BREWSTER, M.D.,
ALFONSO BANUELOS, M.D.,
DOLLY GOEL, M.D., and
PETER GREGOR, M.D.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| THRESSA WALKER et al., | No. 10-CV-04668 RS |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER STAYING NET-WORTH DISCOVERY** |
| v. | |
| COUNTY OF SANTA CLARA et al., | |
| Defendants. | |

The parties, through their respective counsel of record, hereby stipulate and agree to an order staying Plaintiffs' proposed net-worth discovery respecting their punitive damage allegations against Defendants Alfonso Banuelos, M.D., Dolly Goel, M.D., Hollister Brewster, M.D., and Peter Gregor, M.D., until after the date by which all pretrial motions are to be heard (March 7, 2013). If deemed necessary, Plaintiffs shall be permitted to conduct such limited discovery until March 29, 2013, which should not delay the submittal of pretrial documents. This issue was discussed with United States District Judge Richard Seeborg during the further case management conference on July 19, 2012. At that time, Judge Seeborg suggested that the parties consider entering into an appropriate

stipulation for submittal to Magistrate Judge Joseph C. Spero.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                        LORI E. PEGG
                                        ACTING COUNTY COUNSEL

Dated: July 31, 2012          By:          /S/
                                        GREGORY J. SEBASTINELLI
                                        Deputy County Counsel

                                        Attorneys for Defendants
                                        COUNTY OF SANTA CLARA and its
                                        SANTA CLARA VALLEY MEDICAL
                                        CENTER, HOLLISTER BREWSTER, M.D.,
                                        ALFONSO BANUELOS, M.D.,
                                        DOLLY GOEL, M.D., and
                                        PETER GREGOR, M.D.


                                        LAW OFFICES OF BONNER & BONNER

Dated: July 31, 2012          By:          /S/
                                        CHARLES A. BONNER, ESQ.

                                        Attorneys for Plaintiffs
                                        GEETA SINGH, M.D., and KAI IHNKEN, M.D.

**ORDER**

IT IS SO ORDERED. Plaintiffs' proposed net-worth discovery respecting their punitive damage allegations against Defendants Alfonso Banuelos, M.D., Dolly Goel, M.D., Hollister Brewster, M.D., and Peter Gregor, M.D., shall be stayed until March 7, 2013. If deemed necessary, Plaintiffs shall be permitted to conduct such limited discovery until March 29, 2013.

Dated: August 1, 2012

                                        JOSEPH C. SPERO
                                        United States Magistrate Judge

614149.DOC