CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEETA SINGH, M.D. and KAI IHNKEN, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SANTA CLARA; SANTA CLARA VALLEY MEDICAL CENTER; HOLLISTER BREWSTER M.D.; ALFONSO BANUELOS, M.D. and DOLLY GOEL, M.D. and DOES 1 through 50, inclusive, <br><br> Defendant | Case No.: 5:10-cv-04668-RS <br><br> STIPULATION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION TO SEVER AND [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, through their respective attorneys of record, as indicated by their signatures below, to grant Plaintiffs additional time to respond to Defendants' motion to sever due to the winter holiday.

Defendants timely filed their motion on December 13, 2012. The motion is set for hearing on January 17, 2013. Plaintiffs' opposition motion is due on December 27, 2012, two days after the Christmas Holiday.

Subject to Court approval, the parties hereby stipulate that Plaintiffs' opposition brief will be due on January 3, 2013 and Defendants' reply brief will be due on January 10, 2013.

//
//

Dated: December 18, 2012

RESPECTFULLY SUBMITTED,
LAW OFFICES OF BONNER & BONNER

/s/A. Cabral Bonner
A. Cabral Bonner
Attorney for Plaintiff

Dated: December 20, 2012

RESPECTFULLY SUBMITTED
LORI E. PEGG, ACTING COUNTY COUNSEL

GREGORY J. SEBASTINELLI
Deputy County Counsel
Attorneys for County Defendants

[PROPOSED] ORDER

IT IS SO ORDERED, PLAINTIFFS' OPPOSITION BRIEF WILL BE DUE ON JANUARY 3, 2013 AND DEFENDANTS' REPLY BRIEF WILL BE DUE ON JANUARY 10, 2013.

Dated: 12/21/12

HON RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE