1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10

11    GEETA SINGH,                                    No. C 10-04668 RS

12              Plaintiff,                            **CASE MANAGEMENT
                                                      SCHEDULING ORDER**
13        v.

14    COUNTY OF SANTA CLARA, et al.,

15              Defendants.

16    _____/

17        Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a

18    Case Management Conference on February 21, 2013.  After considering the Joint Case

19    Management Statement submitted by the parties and consulting with the attorneys of record for

20    the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

21        1.      ALTERNATIVE DISPUTE RESOLUTION.  As discovery progresses, the parties

22    shall revisit the question of whether ADR will be productive to the case.

23        2.      DISCOVERY.  On or before November 8, 2013 all non-expert discovery shall be

24    completed by the parties.  An additional ten (10) interrogatories shall be permitted for each

25    defendant to address any new claims in this case.

26        3.      DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate

27    Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not

28

CASE MANAGEMENT SCHEDULING ORDER

United States District Court

For the Northern District of California

1    more than 8 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The

2    joint letter must be electronically filed under the Civil Events category of "Motions and Related

3    Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter

4    is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge

5    may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After

6    a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that

7    Judge's procedures.

8         4.      EXPERT WITNESSES.  The disclosure and discovery of expert witnesses and

9    opinions shall proceed as follows:

10        A.      On or before November 15, 2013, parties will make initial expert disclosures in

11   accordance with Federal Rule of Civil Procedure 26(a)(2).

12        B.      On or before November 22, 2013, parties will designate their supplemental and

13   rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

14        C.      On or before December 13, 2013, all discovery of expert witnesses pursuant to

15   Federal Rule of Civil Procedure 26(b)(4) shall be completed.

16        5.      FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case

17   Management Conference shall be held on **July 11, 2013 at 10:00 a.m.** in Courtroom 3, 17th

18   Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The

19   parties shall file a Joint Case Management Statement at least one week prior to the Conference.

20        6.      PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to

21   Civil Local Rule 7.  An additional ten (10) pages shall be permitted in the Motion for Summary

22   Judgment and Opposition to such Motion.  All pretrial motions shall be heard no later than

23   **February 20, 2014 at 1:30 p.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450

24   Golden Gate Avenue, San Francisco, California.

25        7.      PRETRIAL CONFERENCE.  The final pretrial conference will be held on **April

26   17, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate

27                                                          CASE MANAGEMENT SCHEDULING ORDER

28

3

1  Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend

2  personally.

3         8.       TRIAL DATE.   Trial shall commence on **April 28, 2014 at 9:00 a.m.**, in

4  Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

5  California.

6         IT IS SO ORDERED.

7

8  DATED:   2/22/13

9  _____

10                RICHARD SEEBORG
              United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                              CASE MANAGEMENT SCHEDULING ORDER

28

3