1  LORI E. PEGG, Acting County Counsel (S.B. #129073)
   GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
2  JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding Street, East Wing, Ninth Floor
   San Jose, California  95110-1770
4  Telephone: (408) 299-5900
   Facsimile:  (408) 292-7240
5
   Attorneys for Defendants
6  COUNTY OF SANTA CLARA and its SANTA
   CLARA VALLEY MEDICAL CENTER,
7  HOLLISTER BREWSTER, M.D., ALFONSO
   BANUELOS, M.D., and PETER GREGOR, M.D.
8
9                    UNITED STATES DISTRICT COURT
10            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          (San Francisco)
11
12
13  GEETA SINGH, M.D.,                    No.      10-CV-04668 RS

14              Plaintiff,               **STIPULATION AND ORDER FOR
                                         REVISED BRIEFING SCHEDULE FOR
15  v.                                   HEARING ON PLAINTIFF'S MOTION
                                         FOR PRELIMINARY INJUNCTION**
16  COUNTY OF SANTA CLARA et al.,         AS MODIFIED BY THE COURT

17              Defendants.

18

19        The parties, through their respective counsel of record, hereby stipulate and agree to an order

20  for a revised briefing schedule respecting the Motion for Preliminary Injunction filed by Plaintiff,

21  Geeta Singh, M.D., on February 25, 2013.

22        By way of background, consideration and granting of SCVMC clinical privileges has been

23  and continues to be an evolving process and the forms, requirements, procedures, and protocols

24  differ today from what they were in 2011.  Given Plaintiff's present assignment in the Division of

25  Cardiology, she may request Active clinical privileges respecting inpatients and outpatients.

26  SCVMC is processing Plaintiff's request for Active clinical privileges.  But to do so, SCVMC must

27  follow today's procedures and protocols.

28  / /

                                        1

1   Once Plaintiff completes certain requested clinical activities, the Privileges in Cardiology

2   form is expected to be signed-off and submitted to the SCVMC Medical Staff Office (MSO) for its

3   consideration.  The MSO then submits the necessary paperwork to the Credentials Committee by

4   March 20, 2013, for its consideration.  The Credentials Committee then submits paperwork to the

5   Medical Executive Committee (MEC) by March 28, 2013, for its consideration. The MEC then

6   submits paperwork to the Health & Hospital Committee of the Santa Clara County Board of

7   Supervisors (BOS) for final consideration on April 10, 2013.  The BOS is the governing board for

8   the Santa Clara Valley Health & Hospital System and delegated authority and decision-making for

9   clinical privileges to its Health & Hospital Committee.  Whether Plaintiff's requested Active clinical

10  privileges are renewed will be known by April 10, 2013.

11  The parties do not believe it is productive or efficient to maintain the present briefing

12  schedule (opposition papers filed by March 20, reply papers filed by March 27, 2013, and a hearing

13  on April 3, 2013) when the process will not be completed before April 10, 2013.

14  Accordingly, the parties stipulate and agree to an order for a revised briefing schedule.  If a

15  need exists as of April 10, 2013 for Plaintiff to pursue her motion, then opposition papers shall be

16  filed by April 18, 2013 asserting all factual, legal, and administrative defenses, reply papers shall be

17  filed by April 25, 2013, and then a hearing shall be held on the Court's next regularly scheduled day

18  for hearing motions - Thursday, May 2, 2013, at 10:00 a.m. [1:30 p.m.]

19  / /

20  / /

21  / /

22  / /

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

2

1      I hereby attest that I have on file all holograph signatures for any signatures indicated by a

2  "conformed" signature (/S/) within this efiled document.

3                                        LORI E. PEGG
                                         ACTING COUNTY COUNSEL
4

5  Dated:  March 1, 2013                 By: _____/S/_____

6                                         GREGORY J. SEBASTINELLI
                                         Deputy County Counsel

7                                        Attorneys for County Defendants

8

9                                        LAW OFFICES OF BONNER & BONNER

10

11  Dated:  March 1, 2013                By:_____/S/_____

12                                        CHARLES BONNER, ESQ.

13                                       Attorneys for Plaintiff
                                         GEETA SINGH, M.D.

14

15

16                                      **ORDER**

17      IT IS SO ORDERED.  The briefing schedule respecting the Motion for Preliminary

18  Injunction filed by Plaintiff, Geeta Singh, M.D., on February 25, 2013, is hereby revised.  If a need

19  exists as of April 10, 2013 for Plaintiff to pursue her motion, then opposition papers shall be filed by

20  April 18, 2013, reply papers shall be filed by April 25, 2013, and then a hearing shall be held on the

21  Court's next regularly scheduled day for hearing motions - Thursday, May 2, 2013, at ~~10.00 a.m.~~ 1:30 p.m.

22

23  Dated: _3/5/13_____        _____

24                                   RICHARD SEEBORG
                                     United States District Judge

25

26

27

28

715352.DOC

Stip and Order for Revised Briefing Schedule                    10-CV-04668 RS
For Hearing on Plaintiff's Preliminary Injunction