ORRY P. KORB, County Counsel (S.B. #114399)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA and its SANTA
CLARA VALLEY MEDICAL CENTER,
HOLLISTER BREWSTER, M.D., ALFONSO
BANUELOS, M.D., and PETER GREGOR, M.D.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| GEETA SINGH, M.D., | No. 10-CV-04668 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE BEFORE CHIEF MAGISTRATE JUDGE ELIZABETH D. LAPORTE** |
| v. | |
| COUNTY OF SANTA CLARA, SANTA CLARA VALLEY MEDICAL CENTER, HOLLISTER BREWSTER, M.D., ALFONSO BANUELOS, M.D., AND DOES 1 through 50, inclusive, | |
| Defendants. | |

The parties, through their respective counsel, hereby stipulate and agree to an order referring this case for a settlement conference before Chief Magistrate Judge Elizabeth D. Laporte on Thursday, May 30, 2013, beginning at 9:30 a.m. Chief Magistrate Judge Elizabeth D. Laporte, through her Calendar Clerk & Courtroom Deputy Kristen Melen, has tentatively reserved this date and time subject to an order referring this case for a settlement conference.

The parties desire to participate in back-to-back settlement conferences to take advantage of the same County representatives traveling from New York and Sacramento for purposes of a settlement conference before Magistrate Judge Maria-Elena James in *Ihnken v. County of Santa Clara*, Case No. C 13-00776 RS, now scheduled for Wednesday, May 29, 2013.

1

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

IT IS SO STIPULATED

LAW OFFICES OF BONNER & BONNER

Dated: May 20, 2013           By:      /S/
                                       A. CABRAL BONNER, ESQ.

Attorneys for Plaintiff
GEETA SINGH, M.D.


ORRY P. KORB
COUNTY COUNSEL

Dated: May 20, 2013           By:      /S/
                                       GREGORY J. SEBASTINELLI
                                       Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA and its
SANTA CLARA VALLEY MEDICAL
CENTER, HOLLISTER BREWSTER, M.D.,
ALFONSO BANUELOS, M.D., and PETER
GREGOR, M.D.

**ORDER**

IT IS SO ORDERED.

Dated: 5/21/13
                                       _____
                                       HONORABLE RICHARD SEEBORG
                                       United States District Court Judge

757167.DOC