1  ORRY P. KORB, County Counsel (S.B. #114399)
   JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA AND ITS SANTA
6  CLARA VALLEY MEDICAL CENTER,
   HOLLISTER BREWSTER, M.D., ALFONSO
7  BANUELOS, M.D., AND PETER GREGOR, M.D.

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | GEETA SINGH, M.D., | No. 10-CV-04668 RS |
   | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR ORDER TO SHOW CAUSE REGARDING DISMISSAL** |
   | v. | |
   | COUNTY OF SANTA CLARA et al., | |
   | Defendants. | |

18      The parties, through their respective counsel of record, hereby stipulate and agree to an order

19 extending time, until August 1, 2013, for the parties to prepare and file a stipulation of dismissal or

20 otherwise show cause why the case should not be dismissed. [Docket #161.]

21      Good cause exists for this enlargement of time of two weeks.  The parties are addressing

22 issues concerning the settlement and continue to exchange written settlement agreement drafts,

23 including working with each other and with outside financial planners and structured settlement

24 providers concerning the terms of a written settlement agreement. Plaintiff's counsel Cabral Bonner

25 and defense counsel John Winchester are both scheduled to be on vacation during the week of July

26 14, 2013.  Accordingly, the parties respectfully request an order extending time, until August 1,

27 2013, for the parties to prepare and file a stipulation of dismissal or otherwise show cause why the

28 case should not be dismissed.

                                                    1

I hereby attest that I have on file the holograph signature indicated by a "conformed" signature (/S/) within this e-filed document.

IT IS SO STIPULATED

                                                   Respectfully submitted,

LAW OFFICES OF
BONNER & BONNER

Dated: July 12, 2013          By:      /S/
CHARLES A. BONNER
Attorney for Plaintiff
GEETA SINGH, M.D.

ORRY P. KORB
County Counsel

Dated: July 12, 2013          By:      /S/
JOHN L. WINCHESTER, III
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA and its
SANTA CLARA VALLEY MEDICAL
CENTER, HOLLISTER BREWSTER, M.D.,
ALFONSO BANUELOS, M.D., and PETER
GREGOR, M.D.

## ORDER

The Standby Order of Dismissal, currently scheduled for July 18, 2013, is continued to August 1, 2013. The parties are required to file a stipulation of dismissal by July 29, 2013. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on Thursday, August 1, 2013, 1:30 p.m., in Courtroom 3, 17th Floor of the San Francisco Courthouse and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

Dated: 7/12/13                                       /s/ Richard Seeborg
HONORABLE RICHARD SEEBORG
United States District Judge