1  ORRY P. KORB, County Counsel (S.B. #114399)
   JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA AND ITS SANTA
6  CLARA VALLEY MEDICAL CENTER,
   HOLLISTER BREWSTER, M.D., ALFONSO
7  BANUELOS, M.D., AND PETER GREGOR, M.D.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  GEETA SINGH, M.D.,                     No. 10-CV-04668 RS

13           Plaintiff,                    **STIPULATION AND [PROPOSED] ORDER
                                           EXTENDING TIME FOR ORDER TO
14  v.                                     SHOW CAUSE REGARDING DISMISSAL**

15  COUNTY OF SANTA CLARA et al.,

16           Defendants.

17

18         The parties, through their respective counsel of record, hereby stipulate and agree to an order

19  extending time, until August 15, 2013, for the parties to prepare and file a stipulation of dismissal or

20  otherwise show cause why the case should not be dismissed. [Docket # 161.]  There has been one

21  prior request to extend this hearing. [Docket # 167.]

22         Good cause exists for this enlargement of time of two additional weeks.  The parties are

23  addressing issues concerning the settlement as well as working with each other and with outside

24  financial planners and structured settlement providers concerning the terms of a written settlement

25  agreement. Plaintiff's counsel Cabral Bonner and defense counsel John Winchester were both on

26  vacation during the week of July 14, 2013.  Accordingly, the parties respectfully request an order

27  extending time, until August 15, 2013, for the parties to prepare and file a stipulation of dismissal or

28  otherwise show cause why the case should not be dismissed.

                                              1

1       I hereby attest that I have on file the holograph signature indicated by a "conformed"

2 signature (/S/) within this e-filed document.

3 IT IS SO STIPULATED

4                                 Respectfully submitted,

5                                 LAW OFFICES OF
  BONNER & BONNER

6 Dated:  July 31, 2013             By:    _____/S/_____

7                                 CHARLES A. BONNER
  Attorney for Plaintiff

8                                 GEETA SINGH, M.D.

9

10                                 ORRY P. KORB
  County Counsel

11 Dated:  July 31, 2013             By:    _____/S/_____

12                                 JOHN L. WINCHESTER, III
  Deputy County Counsel

13                                 Attorneys for Defendant

14                                 COUNTY OF SANTA CLARA and its
  SANTA CLARA VALLEY MEDICAL
  CENTER, HOLLISTER BREWSTER, M.D.,

15                                 ALFONSO BANUELOS, M.D., and PETER
  GREGOR, M.D.

16

17                               **ORDER**

18       The Standby Order of Dismissal, currently scheduled for August 1, 2013, is continued to

19 August 15, 2013.  The parties are required to file a stipulation of dismissal by August 12, 2013.  If a

20 stipulation of dismissal is not filed by that date, the parties are ordered to appear on Thursday,

21 August 15, 2013, 1:30 p.m., in Courtroom 3, 17th Floor of the San Francisco Courthouse and show

22 cause why the case should not be dismissed.  Failure to comply with this Order may result in

23 dismissal of the case.

24 Dated:  _7/31/13_____                                 

25                                 HONORABLE RICHARD SEEBORG
  United States District Judge

26

27

28

Stip and [Proposed] Order Extending                                     10-CV-04668 RS
Time for OSC Regarding Dismissal