**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEETA SINGH, et al., | No. C 10-04668 RS |
| Plaintiffs, | **ORDER** |
| v. | |
| COUNTY OF SANTA CLARA et al., | |
| Defendants. | |

Pursuant to Northern District Local Rule 72-1, the Court HEREBY REFERS plaintiff's ex parte application to shorten time on motion to enforce settlement agreement and motion to enforce settlement agreement to Magistrate Judge James, to whose jurisdiction the parties have consented for settlement-related matters, for resolution. *See* Dkts. 177, 180. Plaintiff shall re-notice the ex parte application and motion before Judge James pursuant to the local rules and any of her standing orders or procedures.

IT IS SO ORDERED.

Dated: 8/26/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-04668-RS
ORDER