ORRY P. KORB, County Counsel (S.B. #114399)
JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA and its SANTA
CLARA VALLEY MEDICAL CENTER,
HOLLISTER BREWSTER, M.D., ALFONSO
BANUELOS, M.D., and PETER GREGOR, M.D.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| GEETA SINGH, M.D., | No.     10-CV-04668 RS |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER FOR REVISED BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT** |
| v. | |
| COUNTY OF SANTA CLARA et al., | |
| Defendants. | |

The parties, through their respective counsel of record, hereby stipulate and agree to an order for a revised briefing schedule regarding Plaintiff's Notice of Motion and Motion to Enforce Settlement Agreement filed on August 27, 2013.

The parties are in the process of revising a written settlement agreement, with only a few terms remaining in dispute. In the event the parties are unable to resolve the remaining issues, the parties anticipate requesting assistance from the Court.

The parties do not believe it is productive or efficient to maintain the present briefing schedule in view of the present status of the settlement agreement.

Accordingly, the parties stipulate and agree to an order for a revised briefing schedule. If the need arises, the parties request that opposition papers to Plaintiff's Motion to Enforce Settlement be filed on or before September 20, 2013. Reply papers, if any, shall be filed on or before September

1

1   27, 2013.  The hearing on Plaintiff's motion, scheduled for October 10, 2013, will remain on that

2   date.

3       I hereby attest that I have on file the holograph signature indicated by a "conformed"

4   signature (/S/) within this efiled document.

5                                       Respectfully Submitted,

6                                       ORRY P. KORB
                                        COUNTY COUNSEL
7

8   Dated:  September 10, 2013          By: _____/S/_____
                                        JOHN L. WINCHESTER, III
9                                       Deputy County Counsel
                                        Attorneys for Defendants
10                                      COUNTY OF SANTA CLARA and its SANTA
                                        CLARA VALLEY MEDICAL CENTER,
11                                      HOLLISTER BREWSTER, M.D., ALFONSO
                                        BANUELOS, M.D., and PETER GREGOR, M.D.
12

13  Dated:  September 10, 2013          LAW OFFICES OF BONNER & BONNER

14

15                                      By: _____/S/_____
                                        CHARLES BONNER, ESQ.
16                                      Attorneys for Plaintiff
                                        GEETA SINGH, M.D.
17

18                                  **ORDER**

19      IT IS SO ORDERED.  The briefing schedule respecting Plaintiff's Notice of Motion and

20  Motion to Enforce Settlement Agreement filed on August 27, 2013, is hereby revised.  If the need

21  arises, any opposition papers shall be filed on or before September 20, 2013.  Reply papers, if any,

22  shall be filed on or before September 27, 2013.  The hearing on Plaintiff's motion remains scheduled

23  for October 10, 2013.

24  Dated: ___September 12, 2013___     _____
                                        MARIA-ELENA JAMES
25                                      United States Magistrate Judge

26

27

28

                                        2