IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEETA SINGH,<br><br>             Plaintiff,<br>  v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>             Defendants.| **No. C  10-04668 RS**<br><br>**ORDER TO SHOW CAUSE** |

      This action apparently settled long ago. (*See* Standby Order of Dismissal, May 31, 2013, ECF No. 161).  Plaintiff Geeta Singh then filed a motion to enforce the settlement.  (ECF No. 184). The motion was later withdrawn.  (ECF No. 194).  No later than March 28, 2014, plaintiff shall either file a dismissal of this action or a renewed motion to enforce the settlement.  In the event plaintiff files neither a dismissal nor a renewed motion, she shall appear on April 3, 2014 at 1:30 p.m. and show cause why this matter should not be dismissed.

IT IS SO ORDERED.

Dated: 3/21/14

                                    RICHARD SEEBORG
                                    UNITED STATES DISTRICT JUDGE