1 | ORRY P. KORB, County Counsel (S.B. #114399)
JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
2 | OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
3 | San Jose, California 95110-1770
Telephone: (408) 299-5900
4 | Facsimile: (408) 292-7240

5 | Attorneys for Defendants
COUNTY OF SANTA CLARA
6 | (and its Santa Clara Valley Medical Center)
HOLLISTER BREWSTER, M.D., ALFONSO
7 | BANUELOS, M.D., and PETER GREGOR, M.D.

8

9 | UNITED STATES DISTRICT COURT

10 | FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

11

12 | GEETA SINGH, M.D.,                              No.  10-CV-04668 RS

13 |                    Plaintiff,                   **STIPULATION AND [~~PROPOSED~~] ORDER
DISMISSING FIFTH AMENDED
14 | v.                                              COMPLAINT WITH PREJUDICE
AGAINST DEFENDANTS COUNTY OF
15 | COUNTY OF SANTA CLARA et al.,                   SANTA CLARA AND DOES 1 THROUGH
50, INCLUSIVE**
16 |                    Defendants.

17

18 |      The parties, through their respective counsel of record, hereby stipulate and agree to an order

19 | dismissing with prejudice the Fifth Amended Complaint filed by Plaintiff Geeta Singh, M.D., as

20 | against Defendants County of Santa Clara and DOES 1 Through 50, Inclusive.  These parties

21 | participated in a magistrate-supervised settlement conference before Magistrate Judges Elizabeth D.

22 | LaPorte and Maria-Elena James on May 30, 2013.  At that time, the parties entered into a

23 | compromise settlement, the basic terms of the compromise settlement were placed on the record in

24 | open court, and agreement was reached to better articulate and incorporate all settlement terms and

25 | conditions into a comprehensive Settlement Agreement and General Release.

26 | / /

27 | / /

28 | / /

1

1       I hereby attest that I have on file the holograph signature indicated by a "conformed"

2  signature (/S/) within this efiled document.

3                           LAW OFFICES OF BONNER & BONNER

4

5  Dated:  March 28, 2014           By: _____/S/_____

                              CHARLES A. BONNER, ESQ.

6

7                           Attorneys for Plaintiff

                         GEETA SINGH, M.D.

8

9  Dated:  March 28, 2014           ORRY P. KORB

                         County Counsel

10

11                          By: _____/S/_____

                                JOHN L. WINCHESTER, III

12                          Deputy County Counsel

13                          Attorneys for Defendants

                         COUNTY OF SANTA CLARA

14                          (and its Santa Clara Valley Medical Center)

                         HOLLISTER BREWSTER, M.D.,

15                          ALFONSO BANUELOS, M.D., and PETER

                         GREGOR, M.D.

16

17                       **ORDER**

18      IT IS SO ORDERED.

19

20 Dated:  3/31/14 _____

                         _____

21                          HONORABLE RICHARD SEEBORG

                         United States District Court Judge

22

23

24

25

26

27

28 767197.DOC

Stipulation and [Proposed] Order Dismissing Fifth                10-CV-04668 RS
Amended Complaint with Prejudice Against Defendant County