```
ORRY P. KORB, County Counsel (S.B. #114399)
JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA
(and its Santa Clara Valley Medical Center)
HOLLISTER BREWSTER, M.D., ALFONSO
BANUELOS, M.D., and PETER GREGOR, M.D.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| GEETA SINGH, M.D., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SANTA CLARA et al., <br><br> Defendants. | No.   10-CV-04668 RS <br><br> STIPULATION AND [PROPOSED] ORDER DISMISSING FIFTH AMENDED COMPLAINT WITH PREJUDICE AGAINST DEFENDANTS ALFONSO BANUELOS, M.D., HOLLISTER BREWSTER, M.D., AND PETER GREGOR, M.D. |

The parties, through their respective counsel of record, hereby stipulate and agree to an order dismissing with prejudice the fifth amended complaint filed by Plaintiff Geeta Singh, M.D., as against Defendants Alfonso Banuelos, M.D., Hollister Brewster, M.D., and Peter Gregor, M.D. Each side agrees to bear their own costs and attorney's fees.

/ /
/ /
/ /
/ /
/ /
/ /
/ /

1     I hereby attest that I have on file the holograph signature indicated by a "conformed"
2 signature (/S/) within this efiled document.

                                          LAW OFFICES OF BONNER & BONNER

Dated: March 28, 2014            By:           /S/
                                          CHARLES A. BONNER, ESQ.

                                          Attorneys for Plaintiff
                                          GEETA SINGH, M.D.

Dated: March 28, 2014                   ORRY P. KORB
                                          County Counsel

                                          By:           /S/
                                          JOHN L. WINCHESTER, III
                                          Deputy County Counsel

                                          Attorneys for Defendants
                                          COUNTY OF SANTA CLARA (and its Santa
                                          Clara Valley Medical Center) HOLLISTER
                                          BREWSTER, M.D., ALFONSO BANUELOS,
                                          M.D., and PETER GREGOR, M.D.

                                                    **ORDER**

    IT IS SO ORDERED.

Dated: 3/31/14

                                            HONORABLE RICHARD SEEBORG
                                            United States District Court Judge